UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00315

**Jake Joseph Obin,**
*Plaintiff,*

v.

**Texas Department of Criminal Justice et al.,**
*Defendants.*

# ORDER

Plaintiff Jake Obin, proceeding pro se, filed this lawsuit alleging constitutional violations of his rights pursuant to 42 U.S.C. § 1983. Doc. 1. The case was referred to United States Magistrate Judge John D. Love. Doc. 3. The magistrate judge issued a report recommending that plaintiff's complaint be dismissed without prejudice for failure to prosecute and failure to comply with a court order. Doc. 31. Plaintiff acknowledged receipt of the report on September 11, 2023. Doc. 32. Plaintiff did not file objections to the report and the time frame for doing so has passed.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report (Doc. 31), and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's complaint is dismissed without prejudice for failure to prosecute and for failure to comply with a court order. All motions pending in this civil action are denied.

*So ordered by the court on October 23, 2023.*

J. CAMPBELL BARKER
United States District Judge